UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   LEMONT KAR GAS INC. | § § § | Case No. 11-35492 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/30/2014 in Courtroom 682, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>12/16/2013</u>           By:   <u>/s/Eugene Crane</u>
                                                              Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LEMONT KAR GAS INC.  § Case No. 11-35492
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $    41,472.52

*and approved disbursements of*               $       897.89

*leaving a balance on hand of* [1]            $    40,574.63

**Balance on hand:**                          $    40,574.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                        $    40,574.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 4,897.25 | 0.00 | 4,897.25 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 18,658.50 | 0.00 | 18,658.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 439.13 | 0.00 | 439.13 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,992.00 | 0.00 | 1,992.00 |

Total to be paid for chapter 7 administration expenses:    $    25,986.88
Remaining balance:                                         $    14,587.75

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,587.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $30,266.10 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 30,266.10 | 0.00 | 14,587.75 |

Total to be paid for priority claims: $ 14,587.75
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,880.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 * | Broadus Oil Corp. of Illinois | 0.00 | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue | 4,499.83 | 0.00 | 0.00 |
| 3 | American Express Bank, FSB | 13,380.93 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

*Withdrawn per Court Order.

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 20,038.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Ruth Soukup | 20,038.87 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/EUGENE CRANE
                       Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Lemont Kar Gas Inc.  
    Debtor

Case No. 11-35492-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: vrowe     Page 1 of 2     Date Rcvd: Dec 17, 2013  
                        Form ID: pdf006    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2013.
```
db            +Lemont Kar Gas Inc.,    1196 State Street,    Lemont, IL 60439-4213
17784750       American Express,    Credit Dept.,    P.O. Box 981540,    El Paso, TX 79998-1540
17781866       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
17736120      +Boulder Capital Group, Inc.,    4999 Pearl E Cir. Ste. 300,    Boulder, CO 80301-2654
17736121      +Broadus Oil Corp. of Illinois,    c/o John Conway,    Sullivan Hincks & Conway,
                120 West 22nd Street,Ste 100,    Oak Brook, IL 60523-4067
17736122      +Daniel O. Hands P.C.,    1301 W. 22nd St.,    Ste. 603,    Oak Brook, IL 60523-2015
17736123     #+Dearborn Wholesale Grocers,    2801 S. Western Ave.,    Chicago, IL 60608-5280
17736124      +Diamond Transport,    PO Box 403,    Lockport, IL 60441-6403
17736126     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
                100 W. Randolph,    Chicago, IL 60601)
19046180       Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
17736125      +Illinois Department of Revenue,    Retailers Occupation Tax,    Springfield, IL 62796-0001
17736127      +Information Leasing Corp.,    1023 W. 8th St.,    Cincinnati, OH 45203-1205
17736128      +John J. Conway,    Sullivan Hincks & Conway,    120 West 22nd Street, Ste. 100,
                Oak Brook, IL 60523-4067
17736129      +Pleshar & Associates,    Adalbert J. Pleshar,    8301 S. Cass Ave., Ste. 203,
                Darien, IL 60561-5341
17736130      +Preferred Capital Inc.,    6860 W. Snowville Road, Ste. 110,    Brecksville, OH 44141-3279
19615866       Ruth Soukup,    16632 W. 145th Place,    Lockport, IL 60441-2338
17736131      +United Science Industries,    PO Box 360,    Woodlawn, IL 62898-0360
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17784749       Wanda Skonie
19108755*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2013 at the address(es) listed below:
```
              Bruce E de'Medici    on behalf of Defendant    American Express Bank, FSB bdemedici@gmail.com
              Eugene   Crane    on behalf of Trustee Eugene   Crane ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Eugene   Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Eugene   Crane    on behalf of Plaintiff Eugene   Crane ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              John H Redfield    on behalf of Trustee Eugene   Crane jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              John H Redfield    on behalf of Plaintiff Eugene   Crane jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              John J Conway    on behalf of Creditor    Broadus Oil Corporation of Illlinois
               johnconway@shlawfirm.com
              Jonathan D. Golding    on behalf of Debtor    Lemont Kar Gas Inc. jgolding@goldinglaw.net
```

```
District/off: 0752-1          User: vrowe              Page 2 of 2              Date Rcvd: Dec 17, 2013
                              Form ID: pdf006          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jonathan D. Golding    on behalf of Defendant    Lemont Kar Gas, Inc. jgolding@goldinglaw.net
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 10