# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LEMONT KAR GAS INC. § Case No. 11-35492
§
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                      Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,587.75      Claims Discharged
                                                  Without Payment: $96,680.98

Total Expenses of Administration: $26,884.77

3) Total gross receipts of $ 41,472.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $41,472.52 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 26,884.77 | 26,884.77 | 26,884.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 38,993.74 | 30,266.10 | 30,266.10 | 14,587.75 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 395,902.66 | 405,043.11 | 37,919.63 | 0.00 |
| **TOTAL DISBURSEMENTS** | $434,896.40 | $462,193.98 | $95,070.50 | $41,472.52 |

    4) This case was originally filed under Chapter 7 on August 30, 2011. The case was pending for 32 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2014          By: /s/EUGENE CRANE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| MB Financial Checking Account xxxx0311 | 1129-000 | 3,972.52 |
| Preference Settlement - Amex | 1241-000 | 25,000.00 |
| Settlemt RTI claims & preference action Broadus | 1241-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$41,472.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Information Leasing Corp. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United Science Industries | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Preferred Capital Inc. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dearborn Wholesale Grocers | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Boulder Capital Group, Inc. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 4,897.25 | 4,897.25 | 4,897.25 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 18,658.50 | 18,658.50 | 18,658.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 439.13 | 439.13 | 439.13 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,992.00 | 1,992.00 | 1,992.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.21 | 43.21 | 43.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 64.92 | 64.92 | 64.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.89 | 58.89 | 58.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.81 | 56.81 | 56.81 |
| Rabobank, N.A. | 2600-000 | N/A | 43.90 | 43.90 | 43.90 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 24.94 | 24.94 | 24.94 |
| Rabobank, N.A. | 2600-000 | N/A | 38.34 | 38.34 | 38.34 |
| Rabobank, N.A. | 2600-000 | N/A | 39.64 | 39.64 | 39.64 |
| Rabobank, N.A. | 2600-000 | N/A | 43.68 | 43.68 | 43.68 |
| Rabobank, N.A. | 2600-000 | N/A | 59.63 | 59.63 | 59.63 |
| Rabobank, N.A. | 2600-000 | N/A | 54.86 | 54.86 | 54.86 |
| Rabobank, N.A. | 2600-000 | N/A | 64.58 | 64.58 | 64.58 |
| Rabobank, N.A. | 2600-000 | N/A | 58.61 | 58.61 | 58.61 |
| Rabobank, N.A. | 2600-000 | N/A | 56.58 | 56.58 | 56.58 |
| Rabobank, N.A. | 2600-000 | N/A | 64.30 | 64.30 | 64.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $26,884.77 | $26,884.77 | $26,884.77 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 5800-000 | 34,692.74 | 30,266.10 | 30,266.10 | 14,587.75 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 783.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue Retailers Occupation | 5200-000 | 3,518.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $38,993.74 | $30,266.10 | $30,266.10 | $14,587.75 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Broadus Oil Corp. of Illinois | 7100-000 | 357,120.66 | 367,123.48 | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue | 7100-000 | N/A | 4,499.83 | 4,499.83 | 0.00 |
| 3 | American Express Bank, FSB | 7100-000 | N/A | 13,380.93 | 13,380.93 | 0.00 |
| 4 | Ruth Soukup | 7200-000 | N/A | 20,038.87 | 20,038.87 | 0.00 |
| NOTFILED | Pleshar & Associates Adalbert J. Pleshar | 7100-000 | 10,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Diamond Transport | 7100-000 | 7,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Wanda Skonie | 7100-000 | 20,182.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $395,902.66 | $405,043.11 | $37,919.63 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-35492  
**Case Name:** LEMONT KAR GAS INC.

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 08/30/11 (f)  
**§341(a) Meeting Date:** 01/03/12  

**Period Ending:** 05/06/14  
**Claims Bar Date:** 07/18/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   City of Lemont business license<br>    Orig. Asset Memo: Orig. Description: City of Lemont business license; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 2   MB Financial Checking Account xxxx0311 | 533.82 | 533.82 | | 3,972.52 | FA |
| 3   Preference Settlement - Amex  (u) | Unknown | Unknown | | 25,000.00 | FA |
| 4   Settlemt RTI claims & preference action Broadus  (u) | Unknown | Unknown | | 12,500.00 | FA |
| 4   Assets   Totals (Excluding unknown values) | **$533.82** | **$533.82** | | **$41,472.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

01/30/2014: Distribution made to creditors; will file TDR once checks have cleared (dk)

12/16/13: Filed TFR with Court; Final Hg 01/30 at 10:30am J-Schmetterer (dk)

10/01/2013: Rec'd settlement from Broadus and Amex.  Will prepare taxes and close case (dk)

03/30/2013: Pursuing preference settlements (dk)

7/10/12 - Adversary Case continued to 8/9 @ 10:30 (jm)

6/26 - Continued to 7/24 (jm)

6/6 - Continued to 6/25 (jm)

5/29/12 - Filed an Adversary Case against American Express to be heard on July 10 @10:30 (jm)

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013   **Current Projected Date Of Final Report (TFR):**   December 16, 2013  (Actual)

Printed: 05/06/2014 12:59 PM    V.13.14

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-35492  
**Case Name:** LEMONT KAR GAS INC.

**Taxpayer ID #:** **-***4642  
**Period Ending:** 05/06/14

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******85-65 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/19/12 | {2} | MB Financial Bank | Liquidation of checking account | 1129-000 | 3,972.52 | | 3,972.52 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,947.52 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,922.52 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,897.52 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,872.52 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,847.52 |
| 09/06/12 | {3} | American Express Travel Related Services | Preference Settlement American Express | 1241-000 | 25,000.00 | | 28,847.52 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.21 | 28,804.31 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.92 | 28,739.39 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.89 | 28,680.50 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.81 | 28,623.69 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 28,623.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 28,972.52 | 28,972.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 28,623.69 | |
| | | | **Subtotal** | | 28,972.52 | 348.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$28,972.52** | **$348.83** | |

{} Asset reference(s)

Printed: 05/06/2014 12:59 PM   V.13.14

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-35492  
**Case Name:** LEMONT KAR GAS INC.  

**Taxpayer ID #:** **-***4642  
**Period Ending:** 05/06/14  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2265 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 28,623.69 | | 28,623.69 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.90 | 28,579.79 |
| 02/07/13 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-35492, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 24.94 | 28,554.85 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.34 | 28,516.51 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.64 | 28,476.87 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.68 | 28,433.19 |
| 05/01/13 | {4} | Broadus Oil Corporation | Settlement on preference action against Broadus Oil Corp. | 1241-000 | 12,500.00 | | 40,933.19 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.63 | 40,873.56 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.86 | 40,818.70 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.58 | 40,754.12 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.61 | 40,695.51 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.58 | 40,638.93 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.30 | 40,574.63 |
| 01/30/14 | 11002 | EUGENE CRANE | Dividend paid 100.00% on $4,897.25, Trustee Compensation; Reference: | 2100-000 | | 4,897.25 | 35,677.38 |
| 01/30/14 | 11003 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,992.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,992.00 | 33,685.38 |
| 01/30/14 | 11004 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $18,658.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 18,658.50 | 15,026.88 |
| 01/30/14 | 11005 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $439.13, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 439.13 | 14,587.75 |
| 01/30/14 | 11006 | Illinois Department of Revenue | Dividend paid 48.19% on $30,266.10; Claim# 2P; Filed: $30,266.10; Reference: | 5800-000 | | 14,587.75 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 41,123.69 | 41,123.69 | $0.00 |
| | | | Less: Bank Transfers | | 28,623.69 | 0.00 | |
| | | | **Subtotal** | | 12,500.00 | 41,123.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,500.00** | **$41,123.69** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-35492  
**Case Name:** LEMONT KAR GAS INC.  
**Taxpayer ID #:** **-***4642  
**Period Ending:** 05/06/14

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2265 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 41,472.52 | | | | |
| | | Net Estate : | $41,472.52 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****-******85-65 | 28,972.52 | 348.83 | 0.00 |
| Checking # ******2265 | 12,500.00 | 41,123.69 | 0.00 |
| | $41,472.52 | $41,472.52 | $0.00 |

{} Asset reference(s)

Printed: 05/06/2014 12:59 PM    V.13.14